

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00547-CV

Rosemarie F. **O'KEEFE** and Thomas Revard Thiel,
Appellants

v.

Mary Martha Meek **MCNELIS** and Sean Brandon McNelis,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-02904
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED January 14, 2015.

_____
Rebeca C. Martinez, Justice